**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Peter Raymond WILLIAMS,**
**Defendant–Appellant.**

**No. 12–14308**
**Non–Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

Sept. 5, 2013.

William Gavin Traynor, Cynthia Smith, Lawrence R. Sommerfeld, Sally Yates, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Peter Raymond Williams, Fairton, NJ, pro se.

Leonard L. Franco, The Franco Law Firm, PC, Atlanta, GA, for Defendant–Appellant.

Before TJOFLAT, MARCUS and PRYOR, Circuit Judges.

PER CURIAM:

Leonard Franco, appointed counsel for Peter Raymond Williams in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Williams's conviction and sentence are **AFFIRMED.**